DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD ROSSI, SR.,**
Appellant,

v.

**JOANNA ROSSI,**
Appellee.

No. 4D21-1356

[November 24, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502020DR004994.

Erin P. Newell and M. Shannon McLin of Florida Appeals, Orlando, for appellant.

Gary D. Weiner of Weiner & Weiss, LLC, Boca Raton, and Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***